United States District Court<br>
for the<br>
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Paul E. Vernon,<br>Defendant. | )<br>)<br>)<br>)  Criminal Case No. 19-20509-CR-Scola<br>)<br>)<br>)<br>) |

### **<u>Sealed Order Transferring Defendant To Fugitive Status</u>**

This matter is before the Court *sua sponte*.  A review of the docket sheet in this cause reveals that on August 15, 2019, a sealed indictment was filed. Under the regular procedure for case assignment, this cause was randomly assigned to the undersigned.  A warrant for arrest was issued for the defendant and since the defendant has not been arrested, he is transferred to fugitive status.

**Done and Ordered** at Miami, Florida, on September 16, 2019.

_____
Robert N. Scola, Jr.
United States District Judge

cc: AUSAs Aurora Fagan, Brooke Watson