UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-CR-20509-SCOLA

**UNITED STATES OF AMERICA,**

vs.

**PAUL E. VERNON,**

      **Defendant.**
_____/

## ORDER GRANTING GOVERNMENT'S MOTION

The United States of America, having applied to this Court for an Order unsealing the Indictment, arrest warrants, and any other documents filed in this criminal case, filed under seal on August 15, 2019, and September 16, 2019, and the Court, having reviewed the motion and being fully advised in the premises, it is hereby

**ORDERED** that the Government's Motion to Unseal the Indictment (**ECF No. 6**) is **GRANTED**. The Clerk of Court is ordered to unseal ECF Nos. 1, 2, 3, 4, 5 and 6 in this case.

DONE AND ORDERED at Miami, Florida, on January 20, 2022.

                                                                          ROBERT N. SCOLA, JR.
                                                                        UNITED STATES DISTRICT JUDGE

cc:    AUSA Brooke Watson